**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LAQUIN GRIGGS, | ) | |
| Plaintiff, | ) | Civil Action No. 11-271 Erie |
| v. | ) | |
| DEBRA K. SAUERS, and | ) | |
| M.D. OVERMYER, | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| LAQUIN GRIGGS, | ) | |
| Plaintiff, | ) | Civil Action No. 11-272 Erie |
| v. | ) | |
| KIM SMITH, and JOLLIE FERDORKO, | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| LAQUIN GRIGGS, | ) | |
| Plaintiff, | ) | Civil Action No. 11-273 Erie |
| v. | ) | |
| BEVERLY O'ROURKE, and | ) | |
| KIM SMITH, | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| LAQUIN GRIGGS, | ) | |
| Plaintiff, | ) | Civil Action No. 11-274 Erie |
| v. | ) | |
| TERESA JOHNSONE, and | ) | |
| JOHN WETZEL, | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| LAQUIN GRIGGS, | ) | |
| Plaintiff, | ) | Civil Action No. 11-275 Erie |
| v. | ) | |
| DR. MAXA, and RHONDA SHERBINE, | ) | |
| Medical Director | ) | |
| Defendants. | ) | |

1

<u>MEMORANDUM ORDER</u>

These civil actions were received by the Clerk of Court on November 9, 2011 and were referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 5], filed on February 10, 2012, in Case No. 11-271 Erie, and [ECF No. 3] filed on February 10, 2012 in Case Nos. 11-272 Erie, 11-273 Erie, 11-274 Erie and 11-275 Erie, recommended that the actions be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(b) due to Plaintiff's failure to prosecute these actions.  Plaintiff was allowed fourteen (14) days from the date of service to file objections.  No objections have been filed. After <u>de novo</u> review of the documents in the case, together with the Report and Recommendations, the following order is entered:

AND NOW, this 29th day of February, 2012;

IT IS HEREBY ORDERED that these actions are DISMISSED with prejudice pursuant to Fed.R.Civ.P. 41(b) due to Plaintiff's failure to prosecute these cases.

The Report and Recommendation [ECF No. 5] of Magistrate Judge Baxter, filed on February 10, 2012 in Case No. 11-271 Erie, and [ECF No. 3] filed on February 10, 2012 in Case Nos. 11-272 Erie, 11-273 Erie, 11-274 Erie and 11-275 Erie, are adopted as the opinion of the Court.

s/   Sean J. McLaughlin
United States District Judge

cm:   All parties of record
Susan Paradise Baxter, U.S. Magistrate Judge

2